# RESTORE®



# Get Your **Hair Back!**

## Quickly, Comfortably and Naturally

From celebrities and athletes, to businessmen and everyman, RESTORE Hair has performed over 20,000 hair restoration procedures – but you won't recognize our work. And that's a good thing. That's because the results are soft, natural and undetectable.

Enter your information below to get a quick quote

[ Name ]   [ Phone ]

[ Email ]          **GET A QUICK QUOTE**

[ Zip Code ]

☐ By checking this box, I expressly consent to the following terms & conditions. (see more...)

Bragging Rights:



Hall of Fame Football Player
**Brian Urlacher**
*RESTORE Client*

Hall of Fame Football Player
**Deion Sanders**
*RESTORE Client*

Request A Quote

# Which picture most closely resembles your hair loss?







Before & After

# Real Clients, **Real Results**

Lasting results are the most significant indicator of a successful procedure. From celebrities and athletes to businessmen and every man, RESTORE's hair transplant before and after stories are a testament to our expertise and results.

*100% authentic RESTORE clients. No photoshopping. No trick photography. No Stock photos.*

## Brian Urlacher

*Hall of Fame Football Player*
*RESTORE Client*

See All Before & Afters →

## Deion Sanders

*Hall of Fame Football Player*
*RESTORE Client*

See All Before & Afters →

## Kevin Streelman

*PGA Golfer*
*RESTORE Client*

See All Before & Afters →

## Zach Johnson

*PGA Golfer*
*RESTORE Client*

See All Before & Afters →

### Ryne Sandberg

*Hall of Fame Baseball Player*
*RESTORE Client*

See All Before & Afters →

### Jamie S

*Management*
*RESTORE Client*

See All Before & Afters →

### Drew J.

*Information Technology*
*RESTORE Client*

See All Before & Afters →

### Josh K.

*Management*
*RESTORE Client*

See All Before & Afters →

*Not all patients will experience the outcomes shown in the photographs and described in the testimonial statements on this website, and not all persons will be eligible for the procedure. Results will depend on a number of factors, including your personal medical history. Please ask a physician about your individual case. Testimonials were compensated for their endorsements.*

**See All Before & Afters →**

Hair Restoration

# The **RESTORE FUE Method**

### 100% Natural, Undetectable Results

No one will know, but you. You'll get a fuller, thicker head of hair, without ugly hair plugs or a visible scar line.

### A Dramatically Better Approach

Other clinics may harvest donor hair by stripping skin from the back of the head. At RESTORE, you'll get the results you want, minus the scalpel and stitches.

### Comfortable Procedure

Sit back, stream movies, browse the web or read a book. You'll spend the afternoon relaxing in a posh suite while we RESTORE your hair.

**How Much Will It Cost?**

Invest in yourself

## Save $1,000 on your F.U.E. Procedure.

Exact cost depends on your level of hair loss. Get a free, personalized quote below. Payment plans available — no money down with payments as low as $150 per month. A full head of hair can pay off for a lifetime.

**Get A Quick Quote** ➞

RESTORE Physicians

## Unmatched Expertise

Our world class team of hair physicians have dedicated their careers to hair restoration — and nothing else. Each physician has been hand selected, trained and mentored by RESTORE's Medical Director, Dr. James Harris; an award winning hair surgeon, renowned author, international public speaker, and the inventor of the 'Harris S.A.F.E System', which is used to perform FUE by doctors throughout the world.

### Dr. James Harris

*Medical Director & Hair Restoration Surgeon*

Denver, CO

## 25 Years

**Of Excellence (and Counting)**

### Dr. Adam Cloninger

*Physician & Hair Restoration Surgeon*

Chicago, IL

**Get a quick quote**

### Dr. Shelly Lovitt

*Physician & Hair Restoration Surgeon*

Denver, CO

**100% Natural, Undetectable Results**

### Dr. Logan Konty

*Physician & Hair Restoration Surgeon*

Dallas, TX

## 20,000+

**Successful Procedures Performed**

# RESTORE Locations



Search by Zip

50 Miles

Search   Reset

Restoration Holdings LLC is a healthcare management company focused exclusively on hair restoration solutions, serving affiliated doctors in Chicago IL, Charlotte NC, Dallas TX, Denver CO, Indianapolis IN, & New York City.

## Get a quote

## & Save $1,000 on your

## F.U.E. Procedure

Exact cost depends on your level of hair loss. Tell us about your hair loss to get a quick quote. A full head of hair pays off for a lifetime.

## Get a quick quote. It's easy.

Give us a minute, we'll give you the world.

Which picture most closely **resembles your hair loss?**

Class 3

Class 4

Class 5

Class 6

NAME

PHONE

EMAIL

ZIP CODE

HOW DID YOU HEAR ABOUT RESTORE?

☐ By checking this box, I expressly consent to the following terms & conditions. (see more...)

Get A Quick Quote

## Solutions

- F.U.E. Method
- Non-Surgical

## Why RESTORE

- Media Coverage
- FAQ
- Blog

Restoration Holdings, LLC.

(866)341-3891

Clientrelations@restorehair.com

## Information

- Pricing
- Locations
- Careers
- Contact us

## Affiliated Doctors

- Dr. James Harris
- Dr. Adam Cloninger
- Dr. Shelly Lovitt
- Dr. Logan Konty
- Dr. Glen Ross

Get Quick Quote ➔

Terms of Use

Privacy Policy

Copyright © 2023. RestoreHair. All Rights Reserved

LIVE CHAT