UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN URLACHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   24-CV-00568 |
| | ) | |
| MEDICAL MAN CAVE CHICAGO | ) | Honorable Martha M. Pacold |
| LIMITED LIABILITY COMPANY, | ) | |
| STEVEN MOTARJEME, M.D., and | ) | |
| ERIC CASTRO, M.D. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO VOLUNTARILY DISMISS**

NOW COMES Plaintiff, BRIAN URLACHER, by and through his counsels, Barney & Karamanis, LLP, and respectfully requests that this Honorable Court voluntarily dismiss Defendant, ERIC CASTRO, M.D., without prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).  In support of his motion, Plaintiff states as follows:

1. Plaintiff filed the instant case on January 10, 2024.

2. All defendants have been served.

3. Plaintiff now wishes to voluntarily dismiss Defendant, ERIC CASTRO, M.D., from this cause of action pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), without prejudice.

4. This cause of action shall remain pending against Defendants MEDICAL MAN CAVE CHICAGO LIMITED LIABILITY COMPANY and STEVEN MOTARJEME, M.D.

WHEREFORE, Plaintiff, BRIAN URLACHER, prays this Honorable Court enter an Order voluntarily dismissing Defendant, ERIC CASTRO, M.D., pursuant to Federal Rules of Civil

Procedure Rule 41(a)(1), without prejudice, and for whatever further and additional relief this Court deems just and fair.

                                      Respectfully submitted,

                                      BRIAN URLACHER

                                      By:   /s/James A. Karamanis
                                                Attorney for Plaintiff

James A. Karamanis, Esq. (ARDC#6203479)
Barney & Karamanis, LLP.
Two Prudential Plaza
180 N. Stetson Avenue Suite 3050
Chicago, Il. 60601
Phone: (312) 553-5300
Fax: (312) 344-1901
james@bkchicagolaw.com